ALLOY PIPING PRODUCTS, INC., FLOWLINE DIVISION, MARKOVITZ EN-
TERPRISES, INC., GERLIN, INC., and TAYLOR FORGE STAINLESS, INC.,
Plaintiffs, v. UNITED STATES OF AMERICA and THE UNITED STATES
DEPARTMENT OF COMMERCE, Defendants.

Consolidated Court No. 02–00124

## *JUDGMENT*

AQUILINO, Senior Judge: The plaintiffs having interposed a mo-
tion pursuant to CIT Rule 56.2 for judgment upon the record com-
piled by the International Trade Administration, U.S. Department of
Commerce ("ITA") *sub nom. Certain Stainless Steel Butt-Weld Pipe
Fittings From Taiwan: Final Results of Antidumping Duty Adminis-
trative Review*, 66 Fed.Reg. 65,899 (Dec. 21, 2001); and the court in
slip op. 04–134, 28 CIT ____ (Oct. 28, 2004), having granted that mo-
tion to the extent of remand to the ITA to reopen the record, seek ad-
ditional relevant information regarding employee bonuses, and re-
calculate the general and administrative expenses of Ta Chen
Stainless Steel Pipe, Ltd. and also to reconsider its U.S. indirect sell-
ing expenses; and the agency having reopened proceedings and con-
sidered input from the other parties in furtherance thereof; and the
defendants having filed herein the ITA's *Final Results of Determina-
tion Pursuant to Court Remand* (Feb. 14, 2005); and the court having
now reviewed those results; and none of those other parties having
expressed any opposition thereto; Now therefore, after due delibera-
tion, it is

ORDERED, ADJUDGED and DECREED that the ITA's *Final Re-
sults of Determination Pursuant to Court Remand* (Feb. 14, 2005) be,
and they hereby are, affirmed.